**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| LAWRENCE E. BLOCK, § | |
| Plaintiff § | |
| § | |
| V.  § | No.  5:13CV55 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| Defendant § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Six of 42 U.S.C. §405(g)  (Dkt. No. 10) is hereby **GRANTED**. It is further

**ORDERED** that this case is remanded to the Commissioner for further administrative proceedings pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).  Upon remand, the Appeals Council shall instruct the Administrative Law Judge to consider the additional evidence submitted by Plaintiff's attorney, offer Plaintiff the opportunity for a hearing, and issue a new decision.

It is further

      **ORDERED** that all motions not previously ruled on are **DENIED**, and the referral order is **VACATED**. It is further

      **ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY CLOSE** the above-entitled and numbered cause of action.

      **It is SO ORDERED.**

      **SIGNED this 18th day of September, 2013.**

MICHAEL H. SCHNEIDER  
UNITED STATES DISTRICT JUDGE